IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERESE L. TIPPY                                                                    PLAINTIFF

VS.                              Case No: 4:14CV-691

HUMANA INC.                                                                         DEFENDANTS
and MICHAEL DARIN DAVIS

## MOTION FOR ENLARGEMENT OF TIME

Comes now the Plaintiff, by and through her attorney, Robert A. Newcomb, and moves this Honorable Court to grant until April 30, 2015 to file an Amended Complaint and attempt service on the Defendants. In support of the Motion it is stated:

1. This request is being made because Counsel is ill and been unable to complete work full time.

2. This Motion is sought to avoid prejudice to the client

WHEREFORE it is prayed this Court will grant an extension until April 30, 2015 to file an Amended Complaint and effect service on the Defendants.

Respectfully submitted:

_____
Robert A. Newcomb, # 73087
Attorney at Law
Post Office Box 149
Little Rock, AR 72203
(501) 372-5577