**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SHERESE L. TIPPY                                                                       PLAINTIFF

v.                                            No. 4:14CV00691 JLH

HUMANA, INC.; and
MICHAEL DARIN DAVIS                                                DEFENDANTS

## ORDER

For good cause shown, the plaintiff's motion for enlargement of time is GRANTED. Document #3. The plaintiff may file an amended complaint on or before April 30, 2015, and serve the amended complaint, along with the summons, on the defendants on or before June 30, 2015.

IT IS SO ORDERED this 16th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE