# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

Sherese L. Tippy

*Plaintiff*
v.

Humana MarketPOINT inc.,
And MICHAEL DARRIN DAVIS

*Defendant*

) Case No. 4:14CV-691
)
)
)
)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Sherese L. Tippy

Date: August 4, 2016

_____
*Attorney's signature*

John W. Walker #64046
*Printed name and bar number*

1723 S. Broadway
*Address*

Little Rock, AR 72206
*Address2*

501-374-3758
*Telephone number*

johnwalkeratty@aol.com
*Email Address*

## CERTIFICATE OF SERVICE

I, John W. Walker, hereby certify that a copy of the above document has been served through U.S. mail delivery to:

Dan Herrington
Friday, Eldredge & Clark, LLP
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3522

Amanda J. Fray
Friday, Eldredge & Clark, LLP
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3522

/s/   John W. Walker
Name: John W. Walker
Bar Number: 64046
Attorney for: Plaintiff
Law Firm Name: John W. Walker, P.A.
Law Firm Address: 1723 S. Broadway
City State ZIP: Little Rock, AR 72206
Phone Number: 501-374-3758
Email Address: johnwalkeratty@aol.com